UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :
                                CRIM NO. 07-038(KSH)
    Plaintiff,    :

                                CONSENT ORDER TO AMEND
YUKSEL B. BAKAR      :   PRETRIAL CONDITIONS TO
                                ALLOW THE DEFENDANT TO HAVE
    Defendant    :   POSSESSION OF HIS PASSPORT TO
                                RENEW HIS NJ DRIVER'S LICENSE

This matter having been opened to the Court by consent of defendant Yuksel B. Bakar, through his attorney, Rena Rothfeld, Esq. and Mark Coyne, Assistant US Attorney, for an Order amending the pretrial conditions to allow Yuksel B. Dakar to have possession of his passport for one day to renew his New Jersey driver's license.

IT IS ORDERED THE FINDING OF THIS COURT that the defendant may possess his passport for a one day on a date approved by Pretrial Services.

                                          _____
                                          HON. KATHERINE S. HAYDEN
                                          UNITED STATES DISTRICT JUDGE