# RENA ROTHFELD, P.C.
**ATTORNEY AT LAW**
**P.O. BOX 2025**
**19-21 WEST MT. PLEASANT AVENUE**
**LIVINGSTON, NEW JERSEY 07039**
**TEL:  (973) 740-0944**
**FAX:  (973) 740-9439**
**E-mail:  Rena07039@aol.com**

June 24, 2008

Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg U.S.
    Post Office & Courthouse - Room 311
P.O. Box 999
Newark, NJ 07101

Re:  **U.S.A. v. Yuksel B. Bakar**
     **Criminal No.:  07-938(KSH)**

Dear Judge Hayden:

Mr. Bakar has been attempting to renew his New Jersey Drivers
License for several months.  However, he has been met with a few
technical problems.  At present he has solved all of his problems
and is ready to present himself with all his documents to the
Motor Vehicle Commission to renew his license.  I have been given
consent from the AUSA Mark Coyne and from Pretrial Steven Casale
to Mr. Bakar being given his passport for one day to be approved
by pretrial services so that he may renew his license.  I
understand that the Court has agreed to accept this letter in
lieu of an e-file Order.

Thank you for your kind cooperation.

Respectfully yours,

RENA ROTHFELD

cc:  Yuksel Bakar
     Mark Coyne, AUSA
     Steven Casale, Pretrial

So ORDERED

7/1/08