UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | Criminal # |
| v. : | ~~Magistrate~~ No. 07cr-00938 (KSH) |
| YUKSEL B. BAKAR : | CONSENT ORDER TO AMEND PRETRIAL CONDITIONS TO ALLOW THE DEFENDANT TO TRAVEL TO |
| Defendant : | BROOKLYN, NEW YORK. |

This matter having been opened to the Court by consent of defendant Yuksel B. Bakar, through his attorney, Rena Rothfeld, Esq. and, Assistant US Attorney, Mark E. Coyne for an Order amending the pretrial conditions to allow Yuksel B. Bakar to travel to Brooklyn, New York to visit with his friend, Evru Sari, 2538 E. 27th Street, each weekend.

IT IS ORDERED THE FINDING OF THIS COURT that the defendant may leave the State of New Jersey from Fridays to Sundays to travel to Brooklyn, New York. The defendant shall abide by any conditions set by Pretrial Services with regard to this travel.

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE