

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA    :
        Plaintiff,        :        CRIM NO. 07-038(KSH)

                                       CONSENT ORDER TO AMEND
YUKSEL B. BAKAR              :        PRETRIAL CONDITIONS TO
                                       ALLOW THE DEFENDANT TO HAVE
        Defendant           :        POSSESSION OF HIS PASSPORT TO
                                       BE MARRIED


      This matter having been opened to the Court by consent of defendant Yuksel B. Bakar, through his attorney, Rena Rothfeld, Esq. and Mark Coyne, Assistant US Attorney, for an Order amending the pretrial conditions to allow Yuksel B. Bakar to have possession of his passport for one day so that Mr. Bakar can be married.

      IT IS ORDERED THE FINDING OF THIS COURT that the defendant may possess his passport for a one day on a date approved by Pretrial Services.

11/14/08

HON. KATHERINE S. HAYDEN
UNITED STATES DISTRICT JUDGE