UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :
                                           CRIM NO. 07-938(KSH)
    Plaintiff,   :

                                          CONSENT ORDER TO ALLOW
YUKSEL B. BAKAR   :   THE PROBATION OFFICE TO
                                          TURN OVER DEFENDANT'S
                                          PASSPORT

This matter ~~having been~~ was opened to the Court by defendant Yuksel B. Bakar, through his attorney, Rena Rothfeld, Esq. and Mark Coyne, Assistant US Attorney, for an Order to allow the Probation Office to turn over, defendant's, Yuksel B. Bakar passport. Good cause appearing,

IT IS ORDERED ~~THE FINDING OF THIS COURT~~ that the defendant may have his passport returned.

                                                          _____
                                                          HON. KATHERINE S. HAYDEN
                                                         UNITED STATES DISTRICT JUDGE

June 15, 2009